UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE MULTI-UNION SECURITY TRUST FUND,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>NORTHROP GRUMAN CORPORATION, ET AL.,<br><br>　　　　Defendants. | CASE NO. CV 08-02443-MMM(RZx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: July 18, 2008　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE